# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| MAURICIO CHAVEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>NESTLÉ USA, INC., a Delaware corporation,<br><br>Defendant. | Case No. CV09-9192 GW (CWx)<br>Consolidated Action:<br>CV 10-119-GW(CWx)<br><br>Hon. George H. Wu<br><br>**JUDGMENT** |
| VINCENT BONSIGNORE and ZANETTA TADDESSE-BONSIGNORE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>NESTLÉ USA, INC., a Delaware corporation,<br><br>Defendant. | |

WHEREAS, the Court granted defendant Nestlé USA, Inc.'s motion to dismiss the second amended consolidated complaint without leave to amend and with prejudice by Order of this Court dated May 27, 2011,

NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED and DECREED that:

1. This consolidated action is hereby DISMISSED WITH PREJUDICE;
2. JUDGMENT IS ENTERED in favor of defendant Nestlé USA, Inc. and against plaintiffs Mauricio Chavez, Vincent Bonsignore, and Zanetta Taddesse-Bonsignore;
3. Plaintiffs shall take nothing from defendant Nestlé USA, Inc. by way of their second amended consolidated class action complaint; and
4. Defendant Nestlé USA, Inc. shall be entitled to recover from plaintiffs its costs of suit.

The Clerk is hereby directed to enter this Judgment forthwith in Case No. CV09-9192 and in Case No. CV10-0119 and to give all parties notice of such entry.

DATED: May 27, 2011

Hon. George H. Wu
UNITED STATES DISTRICT JUDGE